**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **TAMMY K. CRAWFORD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 05-CV-401-FHM |
| ) | |
| **JO ANNE B. BARNHART,** ) | |
| **Commissioner,** ) | |
| **Social Security Administration,** ) | |
| ) | |
| **Defendant.** ) | |

**O R D E R**

Upon consideration of Defendant's Motion to Reverse and Remand (Doc. 19), to which there is no objection, and for good cause shown, it is hereby ORDERED that the Commissioner's decision be reversed and this case remanded to the Commissioner for further administrative action pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Upon remand the Administrative Law Judge will further evaluate Plaintiff's mental impairment and her cirrhosis and will obtain a current internal medicine examination.

DATED this 9th day of March, 2006.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE